UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL HICKS,

      Plaintiff,

  -against-

CAPTAIN ZIMMERMAN, ET AL.,

      Defendants.

24-CV-4086 (LTS)

ORDER DIRECTING AMENDED COMPLAINT

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff brings this action *pro se*. Under Rule 3 of the Federal Rules of Civil Procedure, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Plaintiff has a submitted a letter to the court, which does not name the parties that he intends to sue. The Court therefore directs him to complete and sign the attached amended complaint form where he must name the defendants and state facts in support of each claim he intends to assert against each named defendant. If Plaintiff does not know the name of a defendant, he may list an individual as a John or Jane Doe Defendant and include descriptive information. Finally, Plaintiff must describe the relief he is seeking.

## CONCLUSION

  The Court directs Plaintiff to complete and sign the attached Amended Complaint form and return it to the court. No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 13, 2024
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge