UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARNELL HICKS,<br><br>       Plaintiff,<br><br>-against-<br><br>CAPTAIN ZIMMERMAN, ET AL.,<br><br>       Defendants. | 24-cv-4086(LTS)<br><br>CIVIL JUDGMENT |

 For the reasons stated in the December 19, 2024, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: December 20, 2024
    New York, New York

              /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge